No. 11–6598. MEDINA v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–6599. GIVENS v. CRISWELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6605. HILL v. ALLISON, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6608. MARTINEZ v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 11–6609. LAWHORN v. RAY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–6611. MCCORMICK v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS. C. A. 10th Cir. Certiorari denied.

No. 11–6619. CANHA v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 11–6620. DOSSETT v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6621. COOPER v. WISE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–6627. SONNER v. MCDANIEL, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 11–6654. IVANTCHOUK v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 11–6670. CREEK v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

